| | |
|---|---|
| Attorney: | ADAMONT N. GEORGESON (Bar#: 57087) |
| Law Firm: | DOHERTY, GEORGESON, KERLEY LLP |
| Address: | 999 FIFTH AVE., SUITE 400 |
| CSZ: | SAN RAFAEL, CA 94901 |
| Phone: | 415-453-2300 |
| Fax: | 415-455-0270 |
| Representing: | Plaintiff |

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: CV07-5854

## AFFIDAVIT OF SERVICE

**JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1996 BY BARBARA MUSSER, TRUSTEE**

    Plaintiff/Petitioner,

vs.

**JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA**

    Defendant/Respondent.

_____ /

Received by **Advanced Legal Service** on **11/29/2007** at **01:03 PM** to be served upon:

**JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO    ss.

I, **JOHN E. ARNOLD**, depose and say that:

I am over the age of 18 years and not a party to this action.

On **11/30/2007** at **03:10 PM**, I served the within **COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; SUMMONS IN A CIVL CASE** on **JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA** at **1300 I STREET , Sacramento, CA 95814** in the manner indicated below:

By delivering a true copy of this process to **OFFICER DAVE HANSEN #47, DOJ GUARD/AUTHORIZED TO ACCEPT** and informing him/her of the contents.

I declare under penalties of perjury under the laws of the United States Of America that the foregoing is true and correct.

DEC 0 3 2007

X_____
JOHN E. ARNOLD - 2003-10 (Sacramento)
Advanced Legal Service
816 H Street, Suite 207
Sacramento, CA  95814
916.446-2051
Atty File#:  - Our File# **7945**

| | |
|---|---|
| Attorney: | ADAMONT N. GEORGESON (Bar#: 57087) |
| Law Firm: | DOHERTY, GEORGESON, KERLEY LLP |
| Address: | 999 FIFTH AVE., SUITE 400 |
| CSZ: | SAN RAFAEL, CA 94901 |
| Phone: | 415-453-2300 |
| Fax: | 415-455-0270 |
| Representing: | Plaintiff |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: CV07-5854

## AFFIDAVIT OF SERVICE

**JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1996 BY BARBARA MUSSER, TRUSTEE**

    Plaintiff/Petitioner,

vs.

**JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA**

    Defendant/Respondent.
_____/

Received by **Advanced Legal Service** on **11/29/2007** at **01:03 PM** to be served upon:

**JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO    ss.

I, **JOHN E. ARNOLD**, depose and say that:

I am over the age of 18 years and not a party to this action.

On **11/30/2007** at **02:57 PM**, I served the within **COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTATION INFORMATION HANDOUT; SUMMONS IN A CIVL CASE on JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA** at 300 Capitol Mall, Suite 1850 , Sacramento, CA 95814 in the manner indicated below:

By delivering a true copy of this process to **ANNA GARZA, DROP SERVED-NO TITLE PROVIDED.** and informing him/her of the contents.

Comments/Prev. Attempts: **ANNA STATED THAT SHE COULD NOT ACCEPT BECAUSE JOHN CHIANG WAS NAMED "INDIVIDUALLY". I TOLD HER THAT I WAS GOING TO LEAVE IT REGARDLESS BECAUSE IT NAMED HIM "IN HIS CAPACITY AS STATE CONTROLLER OF THE STATE OF CALIFORNIA."**

I declare under penalties of perjury under the laws of the United States Of America that the foregoing is true and correct.

DEC 0 3 2007

X_____
JOHN E. ARNOLD - 2003-10 (Sacramento)
Advanced Legal Service
816 H Street, Suite 207
Sacramento, CA  95814
916.446-2051
Atty File#:  - Our File# **7946**