1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
4  ROSS C. MOODY, State Bar No. 142541
   Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 703-1376
     Fax:  (415) 703-1234
7    Email:  Ross.Moody@doj.ca.gov

8  Attorneys for Defendant John Chiang, individually
   and in his capacity as State Controller of The State of
9  California

10

11               IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION

14

15  JOHN PETTITT, MURPHY LABRADOR              CV 07-5854 CW
    CORPORATION, MAX GSD TRUST OF 1996 BY
16  BARBARA MUSSER, TRUSTEE,                   STIPULATION FOR
                                               EXTENSION OF TIME TO
                              Plaintiffs,      FILE RESPONSIVE
17                                             PLEADING

18         v.

19  JOHN CHIANG, individually and in his capacity as
    STATE CONTROLLER OF THE STATE OF
    CALIFORNIA,
20
                              Defendant.
21

22

23         The parties hereby stipulate that defendant John Chiang shall have until January 22, 2008

24  to answer or otherwise respond to plaintiff's complaint.

25  ///

26  ///

27  ///

28

Stipulation for Extension of Time to File Responsive Pleading                *Pettitt v. Chiang*
                                                                             CV 07-5854 CW

1        SO STIPULATED.

2

3    Date: December 17, 2007               Date: December 17, 2007

4

     /s/ Ross C. Moody                  /s/ Adamont N. Georgeson

5    _____    _____

6    ROSS C. MOODY                ADAMONT N. GEORGESON
    Deputy Attorney General             Attorney at Law

7    Attorney for Defendant              Attorney for Plaintiffs

8

    40197304.wpd

9    SA2007103310

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28