1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
4  ROSS C. MOODY, State Bar No. 142541
   Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 703-1376
     Fax:  (415) 703-1234
7    Email:  Ross.Moody@doj.ca.gov

8  Attorneys for John Chiang, California State Controller

9

10                  IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

| JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1996 BY BARBARA MUSSER, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>Defendant. | CV 07-5854 CW<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT (Fed. R. Civ. P. 12(b)(6), (e))**<br><br>Hearing: March 6, 2008<br>Time: 2 p.m.<br>Department: 2, Fourth Floor<br>Judge: The Honorable Claudia Wilken |
|---|---|

21

22        To Plaintiffs John Pettitt, Murphy Labrador Corporation and Max GSD Trust of 1996

23  by Barbara Musser, Trustee, PLEASE TAKE NOTICE THAT on March 6, 2008 at 2 p.m. in

24  Department 2, Fourth Floor, 1301 Clay Street, Oakland, California, Defendant John Chiang,

25  individually and in his capacity as the Controller of the State of California will and does move

26  this Court for an order dismissing the complaint in this action or, in the alternative, if the court

27  finds that some claim for relief is set out in the complaint as currently drafted, an order requiring

28  the plaintiff to restate the complaint in a form that will permit a responsive pleading.

Notice of Motion and Motion to Dismiss Or, in the Alternative, for a More Definite Statement - *Pettitt v. Chiang* - CV 07-5854 CW

1

1   This motion is based upon the pleadings and papers on file in this action, this Notice of
2   Motion and Motion, the accompanying Memorandum of Points and Authorities in Support of
3   Motion, and whatever evidence and argument is presented at the hearing of this motion.
4   The grounds for the motion are that the complaint fails to state a claim against this
5   defendant on which relief may be granted.  In addition, the complaint fails to allege any of the
6   operative facts which would permit the filing of a responsive pleading.  The complaint does not
7   indicate what allegedly wrongful conduct defendant engaged in, when this unspecified wrongful
8   conduct occurred, the nature of plaintiffs' alleged damages, whether plaintiffs ever submitted a
9   claim for their property, whether they were ever paid on the claim, or whether the claim was
10  rejected.  Without this basic information, defendant cannot begin to formulate an appropriate
11  response to the complaint, including ascertaining whether the claims are untimely or barred by
12  the Eleventh Amendment.
13  The complaint should be dismissed because it fails to allege sufficient facts to state a
14  cognizable claim.  If the Court determines that there is a valid claim asserted somewhere in the
15  complaint, the controller is still unable, with reasonable effort, to draft a responsive pleading so
16  that an order requiring the plaintiffs to provide a more definite statement is appropriate.

17  Dated:  January 22, 2008

18  Respectfully submitted,

19  EDMUND G. BROWN JR.
    Attorney General of the State of California
20  CHRISTOPHER E. KRUEGER
    Senior Assistant Attorney General
21  STEPHEN P. ACQUISTO
22  Supervising Deputy Attorney General

23
    /s/ Ross C. Moody
24

25  ROSS C. MOODY
    Deputy Attorney General
26  Attorneys for Defendant

27
28  SA2007103310

Notice of Motion and Motion to Dismiss Or, in the Alternative, for a More Definite Statement - *Pettitt v. Chiang* - CV 07-5854 CW

2