IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1996 BY BARBARA MUSSER, TRUSTEE,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | CV 07-5854 CW<br><br>**[PROPOSED] ORDER** |

The motion to dismiss or for a more definite statement by defendant John Chiang, California State Controller ("Controller") pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(e) came on regularly for hearing on March 6, 2008, in courtroom 4 of the above-entitled Court, the Claudia Wilken presiding. After reviewing the moving, opposition, and reply papers, and all supporting documents, and considering the arguments of counsel, and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the Controller's motion to dismiss is granted and plaintiff's complaint, in its entirety, is dismissed with prejudice.

**SO ORDERED**

Dated: _____   _____
CLAUDIA WILKEN
United States District Judge