1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PETTITT,                                    No. C 07-05854 CW

      Plaintiff,                          CLERK'S NOTICE
                                                 CONTINUING CASE
   v.                                           MANAGEMENT
                                                 CONFERENCE
JOHN CHIANG,

      Defendant.
_____/

    Notice is hereby given that the case management conference, previously set for February 26, 2008, is continued to **March 6, 2008, at 2:00 p.m.**, to be heard along with Defendant's Motion to Dismiss or, in the Alternative, for a More Definite Statement, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Statement will be due one week prior to the conference.

Dated:    2/7/08

_Sheilah Cahill_
_____
SHEILAH CAHILL
Deputy Clerk

**United States District Court**
For the Northern District of California