1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
4  ROSS C. MOODY, State Bar No. 142541
   Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 703-1376
    Fax:  (415) 703-1234
7   Email:  Ross.Moody@doj.ca.gov

8  Attorneys for John Chiang, California State Controller

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

| | |
|---|---|
| **JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1996 BY BARBARA MUSSER, TRUSTEE,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | CV 07-5854 CW<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT (Fed. R. Civ. P. 12(b)(6))**<br><br>Hearing:     April 24, 2008<br>Time:        2 p.m.<br>Department: 2, Fourth Floor<br>Judge:       The Honorable Claudia Wilken |

To Plaintiffs John Pettitt, Murphy Labrador Corporation and Max GSD Trust of 1996 by Barbara Musser, Trustee, PLEASE TAKE NOTICE THAT on April 24, 2008 at 2 p.m. in Department 2, Fourth Floor, 1301 Clay Street, Oakland, California, Defendant John Chiang, individually and in his capacity as the Controller of the State of California, will and does move this Court for an order dismissing the First Amended Complaint in this action.  This motion is based upon the pleadings and papers on file in this action, this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support of Motion, and whatever

Notice of Motion and Motion to Dismiss First Amended Complaint - *Pettitt v. Chiang* - CV 07-5854 CW
1

1  evidence and argument is presented at the hearing of this motion.

2      The grounds for the motion are that the complaint contains claims which are untimely

3  or are barred by the Eleventh Amendment.

4      Dated: March 7, 2008

5          Respectfully submitted,

6          EDMUND G. BROWN JR.
        Attorney General of the State of California

7          CHRISTOPHER E. KRUEGER
        Senior Assistant Attorney General

8          STEPHEN P. ACQUISTO

9          Supervising Deputy Attorney General

10

11          /s/ Ross C. Moody

12          ROSS C. MOODY
        Deputy Attorney General
        Attorneys for Defendant

13

14

15  SA2007103310
   40225654.wpd

16

Notice of Motion and Motion to Dismiss First Amended Complaint - *Pettitt v. Chiang* - CV 07-5854 CW