IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PETTITT,                                    No. C 07-05854 CW

      Plaintiff,                              CLERK'S NOTICE
                                                 CONTINUING CASE
   v.                                            MANAGEMENT
                                                 CONFERENCE
JOHN CHIANG,

      Defendant.
_____/

    Notice is hereby given that the case management conference, previously set for April 1, 2008, is continued to April 24, 2008, at 2:00 p.m., to be heard along with Defendant's Motion to Dismiss First Amended Complaint (FRCP 12(b)(6), in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated:    3/26/08                    _Sheilah Cahill_____
                                     SHEILAH CAHILL
                                     Deputy Clerk

**United States District Court**
For the Northern District of California