ADAMONT N. GEORGESON (57087)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
999 Fifth Avenue, Suite 400
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1998 BY BARBARA MUSSER, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No.: CV 07-05854 CW<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

The motion to dismiss the First Amended Complaint filed by defendant John Chiang, California State Controller, pursuant to Federal Rules of Civil Procedure 12(b)(6) came on regularly for hearing on April 24, 2008, in Department 2 of the above-entitled Court, the Honorable Claudia Wilken presiding. After reviewing the moving, opposition, and reply papers, and all supporting documents, and considering the arguments of counsel, and GOOD CAUSE APPEARING THEREFORE,

///

///

///

1    IT IS HEREBY ORDERED that the Controller's motion to dismiss is denied.

3    **SO ORDERED**

5    Dated: _____

                                                      CLAUDIA WILKEN
                                                      United States District Judge

DOHERTY GEORGESON KERLEY LLP
999 Fifth Avenue, Suite 400
San Rafael, CA 94901
(415) 453-2300

Case No.  CV 07-05854 CW                                               [PROPOSED] ORDER