IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PETTITT; MURPHY LABRADOR
CORPORATION; MAX GSD TRUST OF 1996 BY
BARBARA MUSSER, TRUSTEE,

    Plaintiffs,

  v.

JOHN CHIANG, individually and in his
capacity as STATE CONTROLLER OF THE
STATE OF CALIFORNIA,

    Defendant.
_____/

No. C 07-05854 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendant's Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Plaintiffs John Pettitt, Murphy Labrador Corporation, and Max GSD Trust of 1996 by Barbara Musser, Trustee, take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 22nd day of April, 2008.

                                    RICHARD W. WIEKING
                                    Clerk of Court

                  By: _/s/ Sheilah Cahill_____
                                    SHEILAH CAHILL
                                    Deputy Clerk