ADAMONT N. GEORGESON (57087)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1998 BY BARBARA MUSSER, TRUSTEE,<br><br>  Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>  Defendant. | Case No.: 07 CV 05854 CW<br><br>SUPPORTING DECLARATION OF ADAMONT N. GEORGESON RE FILING OF NOTICE OF APPEAL ON MAY 20, 2008.<br><br>Date:  August 14, 2007<br>Time:  2:00 p.m.<br>Dept:  2 |

I, Adamont N. Georgeson, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California.

2. I am the attorney of record for Plaintiffs, John Pettitt, Murphy Labrador Corporation, Max GSD Trust of 1998 by Barbara Musser, Trustee.

3. Prior to May 20, 2008, for purposes of filing it on that date, I prepared a Notice of Appeal in this action. A true and correct copy of the Notice of Appeal is attached hereto, and incorporated by this reference as Exhibit "A."

4. On May 20, 2008, I intended my secretary, Rita M. Coe, to cause the filing of the Notice of Appeal with assistance from our law firm's office manager, Jon Arneson.

1

1  Upon information and belief, the matters set forth in their declarations submitted
2  herewith are true and correct.
3      5.   If called as a witness, I could and would testify competently to the matters
4  asserted herein or as to the information and belief upon which I base the matters so
5  asserted.
6      I declare under penalty of perjury, according to the laws of the State of California,
7  that the foregoing is true and correct, and that this declaration was executed on July 10,
8  2008, at San Rafael, California.

                                /s/ ADAMONT N. GEORGESON

DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300

2

Case No. 07-CV-05854 CW                            Declaration of Adamont N. Georgeson