ADAMONT N. GEORGESON (57087)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
999 Fifth Avenue, Suite 400
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile

Attorneys for Plaintiff and Appellant
John Pettitt, et al

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1998 BY BARBARA MUSSER, TRUSTEE,

       Plaintiffs,

v.

JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,

       Defendant.

Case No.: C O7-05854 CW

NOTICE OF APPEAL

Plaintiffs and Appellants, JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1998 BY BARBARA MUSSER, TRUSTEE, appeal to the 9th Circuit Court of Appeal of the United States of America, from the Judgment entered on April 22, 2008 in Department 2 of the above-entitled court.

Notice of Entry of Judgment was served by Defendant and Respondent, JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA on April 22, 2008.

1

DOHERTY GEORGESON KERLEY LLP
999 Fifth Avenue, Suite 400
San Rafael, CA 94901
(415) 453-2300

1

2  Date:  May 20, 2008                    DOHERTY GEORGESON KERLEY LLP

3

4

5

6                                         _Adamont N. Georgeson_ (signature)

7                                         By ADAMONT N. GEORGESON
                                          Counsel for Plaintiffs and Appellants..
8

9

10

11

12

13

14

15

16

17                              .

18

19                              .

20

21

22

23

24

25

26

27

28                                         2

DOHERTY GEORGESON KERLEY LLP
999 Fifth Avenue. Suite 400
San Rafael, CA  94901
(415) 453-2300

Case No.  C 07-05854 CW                                   NOTICE OF APPEAL