

| | | | |
|---|---|---|---|
| | FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br>Telephone: 901-369-3600 |

July 2, 2008

Clerk, Hon. Claudia Wilken
US District Court
1301 Clay Street
Courtroom 2
Oakland, CA 946125212 US

Dear Customer:

The following is the proof-of-delivery for tracking number **849741274650**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | May 21, 2008 09:40 |
| Signed for by: | C.LANAHAN | | |
| Service type: | Standard Envelope | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 849741274650 | Ship date: | May 20, 2008 |

| | | | |
|---|---|---|---|
| Recipient:<br>US | | Shipper:<br>SAN US | |
| Reference | | PETTITT | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

EXHIBIT A