ADAMONT N. GEORGESON (57087)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1998 BY BARBARA MUSSER, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No.: CV 07-05854 CW<br><br>**[PROPOSED] ORDER**<br><br>Date:  August 14, 2008<br>Time:  2:00 p.m.<br>Dept.:  2 |

The motion of Plaintiffs John Pettitt, Murphy Labrador Corporation, Max GSD Trust of 1998, and Barbara Musser, having come on regularly for hearing on August 14, 2008, in Department 2 of the above-entitled Court, the Honorable Claudia Wilken presiding. The matter having been considered on the papers submitted with the motion, and the Court records in this matter, and oral argument presented to the Court;

///

///

///

///

1

GOOD CAUSE APPEARING, Plaintiffs shall be allowed to file with the court its notice of appeal of the dismissal entered on April 22, 2008, and the filing fee of $455.00 forthwith to the Court.

**IT IS SO ORDERED**

Dated: _____          _____
                                         CLAUDIA WILKEN
                                         United States District Judge

DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300