ADAMONT N. GEORGESON (57087)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1998 BY BARBARA MUSSER, TRUSTEE,

    Plaintiffs,

v.

JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,

    Defendant.

Case No.: CO 705854 CW

**NOTICE OF PLAINTIFFS' ATTORNEY'S CHANGE OF ADDRESS**

Plaintiffs' attorney ADAMONT N. GEORGESON, hereby notifies the court of the following change of address, effective immediately.

    ADAMONT N. GEORGESON
    DOHERTY GEORGESON KERLEY LLP
    1101 Fifth Avenue, Suite 310
    San Rafael, CA 94901

July 10, 2008                         /s/ADAMONT N. GEORGESON

1

Case No. 07-CV-05854 CW                     Notice of Attorney's Change of Address