1  ADAMONT N. GEORGESON (57087)
   J. EDWARD KERLEY (175695)
2  DOHERTY GEORGESON KERLEY LLP
   1101 Fifth Avenue, Suite 310
3  San Rafael, CA 94901
   (415) 453-2300
4  (415) 455-0270 Facsimile

5  Attorneys for Plaintiffs

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11
                                              )
12 JOHN PETTITT, MURPHY LABRADOR )   Case No.: 07-CV-05854 CW
   CORPORATION, MAX GSD TRUST OF )
13 1998 BY BARBARA MUSSER,        )   **MEMORANDUM OF POINTS AND**
   TRUSTEE,                       )   **AUTHORITIES IN REPLY TO**
14                                )   **OPPOSITION FOR EXTENSION OF**
        Plaintiffs,               )   **TIME TO FILE A NOTICE OF**
15                                )   **APPEAL**
        v.                        )
16                                )   Date:  August 14, 2008
   JOHN CHIANG, individually and in his )   Time:  2:00 p.m.
17 capacity as STATE CONTROLLER OF )   Dept: 2, Fourth Floor
   THE STATE OF CALIFORNIA,       )   Judge: The Honorable Claudia Wilken
18                                )
        Defendant.                )
19                                )

20

21          Defendant misperceives the application being made by Plaintiffs.  If Defendant were

22 correct that no effort had been made by Plaintiffs until July 10, 2008, 49 days after the last date

23 for filing the Notice of Appeal, Defendant's point might well be taken.  Significantly and

24 compellingly, that is not the situation in the present case.

25          Rather, as set forth in the moving papers and the accompanying Declarations of John

26 Arneson and Rita Coe, previously filed herein, a timely attempt was made to file the Notice of

27 Appeal on May 20, 2008.  Plaintiffs' reference to the receipt of a Notice of Appeal by the clerk of

28 this Department on May 21, 2008 reflects that Plaintiffs did not overlook nor neglect the date,

                                            1

Case No.  07-CV-05854 CW                  MEMORANDUM OF POINTS & AUTHORITIES

DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300

1  but that its efforts were unavailing according to the electronic files of the U.S. District Court,

2  apparently because the system refused the e-filing on May 20, 2008.

3      In further support of Plaintiffs' application and to establish their timely effort on May 20,

4  2008, as set forth in the Declaration of Terence Hanrahan submitted with this reply, the computer

5  of Ms. Coe has in its cache file a time stamp entered indicating an attempt at an ECF filing on

6  May 20, 2008.

7      The authorities cited by Defendant restricting the court from extending the statutory

8  period are inapplicable and miss the point of Plaintiffs' motion in this instance.  Plaintiffs have

9  no alternative but to seek the present motion for an Order Permitting a Late Filing of a Notice of

10  Appeal since the court records do not reflect that the appeal was filed.  Accordingly, whether this

11  motion seeks an extension to validate the May 20, 2008 efforts of filing, or an equitable ruling by

12  the court that the filing was effective as of May 20, 2008, the relief sought by Plaintiffs remains

13  the same.

14      Plaintiffs' request is that the court review the record and agree that the May 20, 2008

15  filing was a functional equivalent of the filing of a Notice of Appeal.  But since the filing fee was

16  not paid on May 20, 2008, and the court's electronic record does not currently reflect the Notice

17  of Appeal, there are administrative matters yet to be completed to fully recognize the filing of the

18  Notice.

19      Plaintiffs' reliance in its moving papers on Federal Rule of Appellate Procedure 3(c) and

20  on *Smith v. Barry* 502 U.S. 244, 248, 112 S. Ct 678, 116 L. Ed 2nd 678 (1992), are well-founded.

21  *Smith* described the formal requirements for filing a Notice of Appeal, all of which are better

22  satisfied in the instant case than under *Smith's* facts.  In *Smith*, the Supreme Court accepted a

23  brief filed in the Appellate Court, in response to a "briefing order" to be the functional equivalent

24  of a filing which should have been made in the District Court.  In the instant case, Plaintiffs did

25  everything necessary to timely file the Notice of Appeal.  For whatever reason, the e-filing

26  system failed to accept it.  The only procedural lapse was not sending in the filing fee, but that is

27  not a jurisdictional defect, and can be cured immediately.

28

2

1          For the reasons stated, the court should grant this motion, which may technically be

2  required to be characterized as an "extension", to validate and complete Plaintiffs' filing efforts

3  of May 20, 2008.

4

5  Dated:  July 30, 2008                              Respectfully submitted,
                                                      DOHERTY GEORGESON KERLEY LLP
6

7

8                                                     /S/ ADAMONT N. GEORGESON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA  94901
(415) 453-2300

Case No.  07-CV-05854 CW                    MEMORANDUM OF POINTS & AUTHORITIES