ADAMONT N. GEORGESON (57087)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1998 BY BARBARA MUSSER, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No.: 07-CV-05854 CW<br><br>**DECLARATION OF TERENCE HANRAHAN IN SUPPORT OF PLAINTIFFS' MOTION**<br><br>Date: August 14, 2008<br>Time: 2:00 p.m.<br>Dept: 2, Fourth Floor<br>Judge: The Honorable Claudia Wilken |

I, Terence Hanrahan, declare:

1. I am a computer consultant doing business as Hanrahan Technical Consulting. I hold a Bachelor of Science degree in Computer Sciences from Arizona State University. I have been employed in my profession for 13 years, emphasizing networking, data recovery, all phases of hardware, programming and software applications. I have been qualified as an expert witness at trial in the Superior Court of California for Contra Costa County.

1

2. I was retained by Doherty Georgeson Kerley LLP on July 7, 2008 to attempt to recover data on computers and servers that I was informed were used by the Plaintiffs in filing a Notice of Appeal in the above-captioned court.

3. On that date, I inspected the computers of Jon Arneson and Rita Coe. The computer of Rita Coe I was informed and believe was used to transmit an "e-file" in the above-captioned matter.

4. I examined the cache file in the hard drive of Rita Coe's computer, and observed an electronic time stamp on a cached file that is consistent with an attempt to file a document to the ECF-CAND at approximately 3:30 p.m. on May 20, 2008.

5. If called as a witness, I could and would testify competently to the matters set forth herein or to the basis for my information and belief as to the matters so asserted.

I declare under the penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this Declaration was executed on July 30, 2008 at San Rafael, California.

/s/ TERENCE HANRAHAN

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/s/ ADAMONT N. GEORGESON

DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300

2

Case No. 07-CV-05854 CW                                         DECLARATION OF HANRAHAN