```
ADAMONT N. GEORGESON (57087)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile
```

Attorneys for Plaintiff and Appellant
John Pettitt, et al

FILED

AUG 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN PETTITT, MURPHY LABRADOR
CORPORATION, MAX GSD TRUST OF
1998 BY BARBARA MUSSER,
TRUSTEE,

    Plaintiffs,

v.

JOHN CHIANG, individually and in his
capacity as STATE CONTROLLER OF
THE STATE OF CALIFORNIA,

    Defendant.

Case No.: C 07-05854 CW

NOTICE OF APPEAL

Plaintiffs and Appellants, JOHN PETTITT, MURPHY LABRADOR CORPORATION, MAX GSD TRUST OF 1998 BY BARBARA MUSSER, TRUSTEE, appeal to the 9th Circuit Court of Appeal of the United States of America, from the Order Denying Plaintiffs' Motion For An Extension of Time To File A Notice of Appeal, entered on August 4, 2008 in Department 2 of the above-entitled court, which had the effect of refusing to permit Plaintiffs' earlier filing of a Notice of Appeal from the

1

1  Judgment of Dismissal entered on April 22, 2008.

2

3

4  Date:  August 19, 2008                    DOHERTY GEORGESON KERLEY LLP

5

6

7

8                                             _____
                                              ADAMONT N. GEORGESON
9                                             Counsel for Plaintiffs and Appellants

10

*[Left margin: DOHERTY GEORGESON KERLEY LLP, 1101 Fifth Avenue, Suite 301, San Rafael, CA 94901, (415) 453-2300]*

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002515
Cashier ID: lenahac
Transaction Date: 08/19/2008
Payer Name: Adamont N Georgeson et al

NOTICE OF APPEAL/DOCKETING FEE
 For: John Pettitt
 Case/Party: D-CAN-4-07-CV-005854-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 11198
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

CW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```