UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

August 19, 2008

**CASE INFORMATION:**
Short Case Title: <u>JOHN PETTITT -v- JOHN CHIANG</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of CA (Oakland), Hon. Claudia Wilken</u>
Criminal and/or Civil Case No.: <u>CV 07-05854 CW</u>
Date Complaint/Indictment/Petition Filed: <u>11/19/2007</u>
Date Appealed order/judgment *entered* <u>08/04/2008</u>
Date NOA *filed* <u>08/19/2008</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>08/19/2008</u>           Date Docket Fee Billed:
Date FP granted:                                   Date FP denied:
Is FP pending? ☐ yes  ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)

***SEE ATTACHED SERVICE LISTING***

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Jessie Mosley for Clara Pierce</u>
510-637-3535

**Counsel Information:**

<u>*Counsel for Plaintiffs/Appellants:*</u>

**Adamont N. Georgeson**
Doherty Georgeson Kerley LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
monty@baylaw.us

**J. Edward Kerley, Jr.**
Doherty Georgeson Kerley LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
edward@baylaw.us

<u>*Counsel for Defendants/Appellees:*</u>

**Ross Charles Moody**
Attorney General of the State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
ross.moody@doj.ca.gov